IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No.   05-cr-294-JLK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**4.    ARMANDO MEDINA-GOMEZ,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

The Government's Unopposed Motion to Provide a Copy of Plea Agreement to Chambers Within 48 Hours of Hearing (doc. #774), filed June 7, 2007, is GRANTED. The Plea Agreement is considered timely.

Dated:  June 7, 2007